DEBTOR:   **Systems Integration & Mgt Corp**          CASE NUMBER:   _____13-10826_____

# OFFICE OF THE UNITED STATES TRUSTEE - ALEXANDRIA DIVISION
## MONTHLY OPERATING REPORT
### CHAPTER 11
### INDIVIDUAL DEBTORS

Form 3-A
## COVER SHEET AND QUESTIONNAIRE

For Period Ended:   _____3/31/2013_____

---

*THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH*

Mark One Box for Each
Required Document:

Debtor must attach each of the following reports/documents unless the U. S. Trustee
has waived the requirement in writing.  File the original with the Clerk of Court.
**Submit a duplicate, with original signature, to the U. S. Trustee.**

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| [X] | [ ] | 1. Cash Flow and Reconciliation Statement (Form 3-B) |
| [X] | [ ] | 2. Narrative (Form 3-C) |
| [N/A] | [ ] | 3. Bank Statements for All Bank Accounts<br>**TO BE SUBMITTED TO U.S. TRUSTEE ONLY - DO NOT FILE WITH THE COURT** |

---

### QUESTIONNAIRE

Please answer the questions below:

| | Yes | No |
|---|---|---|
| 1. Are all insurance premiums and policies current and in effect? | N/A | |
| 2. Did you open any new bank accounts this month? | | X |
| 3. Did you deposit all receipts into your DIP account this month? | N/A | |
| 4. Have you filed all of your tax returns and paid all of your taxes this month? | | X |
| 5. Are you current on U.S. Trustee quarterly fees payments? | N/A | |
| 6. Did you pay any professionals and/or your attorney(s) this month? | | X |
| 7. Did you sell any assets this month? | | X |
| 8. Have you paid any pre-petition debt this month? | | X |
| 9. Did you pay all of your bills on time? | N/A | |
| 10. Have you borrowed any money from anyone this month? | | X |
| 11. Did you have any unusual or significant unanticipated expenses this month? | | X |

*I declare under penalty of perjury that the following Monthly Operating Report, and any statements and attachments thereto are true, accurate and correct to the best of my belief.*

Executed on:  _____3/15/2013_____          Print Name:   _____Mary Slaey_____

Signature:   _____

Rev. 4/2008

**DEBTOR:**     **Systems Integration & Mgt Corp**              **CASE NO:** _____ **13-10826** _____

## Form 3-B (1)
### CASH FLOW AND RECONCILIATION STATEMENTS (SEE NOTE A)

For Period Ended : _____ **3/31/2013** _____

| CASH FLOW SUMMARY | | Current Month | | From Filing Date (Accumulated) |
|---|---|---|---|---|
| **1. Beginning Cash Balance** | $ | 0.00 (1) | $ | 0.00 (1) |
| **2. Cash Receipts** | | | | |
| Wages or Business Income | | 0.00 | | 0.00 |
| Sale of Assets | | | | |
| Loans/Advances | | | | |
| Other | | | | |
| **Total Cash Receipts** | $ | 0.00 | $ | 0.00 |
| **3. Cash Disbursements** | | | | |
| General Household Expenses | | | | |
| Mortgage Payments | | | | |
| Utilities and Telephone Expenses | | | | |
| Insurance Payments | | | | |
| Auto Loan Payments | | | | |
| Legal/Professional Fees | | | | |
| U.S. Trustee Fees | | | | |
| Other | | | | |
| **Total Cash Disbursements** | $ | 0.00 | $ | 0.00 |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | | 0.00 | | 0.00 |
| **5. Ending Cash Balance** | $ | 0.00 (2) | $ | 0.00 (2) |

### CASH RECONCILIATION

Debtor in Possession Account: _____

Ending Balance per Bank Statement                                     $ _____

Outstanding Checks (List number and Amount,
use separate sheet if necessary)

| | | |
|---|---|---|
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |

Total (Subtract)                                     $ 0.00     $ 0.00

Service Charges and Other Deductions
on Bank Statement (Subtract)                                     $ 0.00

Deposits in Transit
$ _____
$ _____

Total (Add)     $ 0.00     $ 0.00          $ 0.00

TOTAL (must agree with Ending Cash Balance above)                $ _____ (2)

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1) Accumulated beginning cash balance is the cash available at the commencement of the case.
Current month beginning cash balance should equal the previous month's ending balance.*

*(2) All cash balances should be the same.*

| DEBTOR: | Systems Integration & Mgt Corp | CASE NO: | 13-10826 |
| --- | --- | --- | --- |

### Form 3-B (2)
### CASH RECEIPTS DETAIL (SEE NOTE A)

**For Period:**   3/1/2013   to   3/31/2013

*(attach additional sheets as necessary)*

## Debtor In Possession Account:          TBD

| Date | Payer | Description | Amount |
| --- | --- | --- | --- |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | **Total Cash Receipts** |  |

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1)  Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*

Page 2 of 4
Rev. 4/2008

DEBTOR:    **Systems Integration & Mgt Corp**    CASE NO:    13-10826

### Form 3-B (3)
### CASH DISBURSEMENTS DETAIL (SEE NOTE A)
For Period:    3/1/2013 to    3/31/2013

*(attach additional sheets as necessary)*

## Debtor In Possession Account:

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
|      |           |       |                      |        |
|      |           |       |                      |        |
|      |           |       |                      |        |
|      |           |       |                      |        |
|      |           |       |                      |        |
|      |           |       |                      |        |
|      |           |       |                      |        |
|      |           |       |                      |        |
|      |           |       |                      |        |
|      |           |       |                      |        |
|      |           |       |                      |        |
|      |           |       |                      |        |
|      |           |       |                      |        |
|      |           |       |                      |        |
|      |           |       |                      |        |
|      |           |       |                      |        |
|      |           |       |                      |        |
|      |           |       |                      |        |
|      |           |       |                      |        |
|      |           |       |                      |        |
|      |           |       |                      |        |
|      |           |       |                      |        |
|      |           |       |                      |        |

**Total Cash Disbursements**    $        **0.00**  (1)

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1)  Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

DEBTOR:    **Systems Integratn&Mgt Corp**        CASE NO:        **13-10826**

### Form 3-B (4)
### QUARTERLY DISBURSEMENTS AND FEES SUMMARY
(To be Filed <u>Quarterly</u>, for the Month Following the End of the Calendar Quarter)

For Calendar Quarter Ended:  ###### 

**Disbursements for Quarter:**

| | | | |
|---|---|---|---|
| Month 1 | _____ | $ | _____ |
| Month 2 | Feb-13 | $ | 0 |
| Month 3 | Mar-13 | $ | 0 |
| | | | |
| **Total** | | $ | **0.00** |
| | | | |
| Total Fee Due | | $ | 325 |
| | | | |
| Total Fee Paid | | $ | _____ |

### FEE SCHEDULE

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999..................... | $325 | $1,000,000 to $1,999,999........... | $6,500 |
| $15,000 to $74,999............ | $650 | $2,000,000 to $2,999,999........... | $9,750 |
| $75,000 to $149,999......... | $975 | $3,000,000 to $4,999,999........... | $10,400 |
| $150,000 to $224,999........ | $1,625 | $5,000,000 to $14,999,999.......... | $13,000 |
| $225,000 to $299,999........ | $1,950 | $15,000,000 to $29,999,999....... | $20,000 |
| $300,000 to $999,999........ | $4,875 | $30,000,000 or more................ | $30,000 |

*Interest will be assessed on Chapter 11 quarterly fees not paid by the end of the month following the end of the calander quarter pursuant to 31 U.S.C. Sec. 3717.   The interest rate assessed is the rate in effect as determined by the Treasury Department at the time the account becomes past due.*

*Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]*

DEBTOR:    **Systems Integration & Mgt Corp**          **CASE NO:**          13-10826

### Form 3-C
## NARRATIVE
**For Period Ended**          3/31/2013

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.