| DEBTOR: | Systems Integration & Mgt Corp | CASE NUMBER: | 13-10826 |
|---|---|---|---|

# OFFICE OF THE UNITED STATES TRUSTEE - ALEXANDRIA DIVISION
## MONTHLY OPERATING REPORT
## CHAPTER 11
## INDIVIDUAL DEBTORS

### Form 3-A
### COVER SHEET AND QUESTIONNAIRE

**For Period Ended:** 4/30/2013

**THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH**

Mark One Box for Each Required Document:

Debtor must attach each of the following reports/documents unless the U. S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. **Submit a duplicate, with original signature, to the U. S. Trustee.**

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| X |   | 1. Cash Flow and Reconciliation Statement (Form 3-B) |
| X |   | 2. Narrative (Form 3-C) |
| X |   | 3. Bank Statements for All Bank Accounts  **TO BE SUBMITTED TO U.S. TRUSTEE ONLY - DO NOT FILE WITH THE COURT** |

### QUESTIONNAIRE

Please answer the questions below:

| Question | Yes | No |
|---|---|---|
| 1. Are all insurance premiums and policies current and in effect? | N/A |   |
| 2. Did you open any new bank accounts this month? | X |   |
| 3. Did you deposit all receipts into your DIP account this month? | N/A |   |
| 4. Have you filed all of your tax returns and paid all of your taxes this month? | X |   |
| 5. Are you current on U.S. Trustee quarterly fees payments? | X |   |
| 6. Did you pay any professionals and/or your attorney(s) this month? |   | X |
| 7. Did you sell any assets this month? |   | X |
| 8. Have you paid any pre-petition debt this month? |   | X |
| 9. Did you pay all of your bills on time? | X |   |
| 10. Have you borrowed any money from anyone this month? |   | X |
| 11. Did you have any unusual or significant unanticipated expenses this month? |   | X |

*I declare under penalty of perjury that the following Monthly Operating Report, and any statements and attachments thereto are true, accurate and correct to the best of my belief.*

**Executed on:** 5/15/13    **Print Name:** Mary Slaey

**Signature:** *[signed]*

Rev. 4/2008

| DEBTOR: | Systems Integration & Mgt Corp | CASE NO: | 13-10826 |
|---|---|---|---|

## Form 3-B (1)
### CASH FLOW AND RECONCILIATION STATEMENTS (SEE NOTE A)

For Period Ended: 4/30/2013

| CASH FLOW SUMMARY | | Current Month | From Filing Date (Accumulated) |
|---|---|---|---|
| 1. Beginning Cash Balance | | $ 0.00 (1) | $ 0.00 (1) |
| 2. Cash Receipts | | | |
|     Wages or Business Income | | 0.00 | 0.00 |
|     Sale of Assets | | | |
|     Loans/Advances | | | |
|     Other | | 1,500.00 | 1,500.00 |
|     **Total Cash Receipts** | | $ 1,500.00 | $ 1,500.00 |
| 3. Cash Disbursements | | | |
|     General Household Expenses | | | |
|     Mortgage Payments | | | |
|     Utilities and Telephone Expenses | | | |
|     Insurance Payments | | | |
|     Auto Loan Payments | | | |
|     Legal/Professional Fees | | | |
|     U.S. Trustee Fees | | | |
|     Other | | | |
|     **Total Cash Disbursements** | | $ 0.00 | $ 0.00 |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | | 1,500.00 | 1,500.00 |
| 5. Ending Cash Balance | | $ 1,500.00 (2) | $ 1,500.00 (2) |

**CASH RECONCILIATION**

| | | | | |
|---|---|---|---|---|
| Debtor in Possession Account: | *1973 | | | |
| Ending Balance per Bank Statement | | | $ | 1,500.00 |
| Outstanding Checks (List number and Amount, use separate sheet if necessary) | | | | |
| | | $ | | |
| | | $ | | |
| | | $ | | |
| | | $ | | |
| | | $ | | |
| Total (Subtract) | | | $ 0.00 | $ 0.00 |
| Service Charges and Other Deductions on Bank Statement (Subtract) | | | $ | 0.00 |
| Deposits in Transit | | | | |
| | $ | | | |
| | $ | | | |
| Total (Add) | $ 0.00 | $ 0.00 | $ | 0.00 |
| TOTAL (must agree with Ending Cash Balance above) | | | $ | 1,500.00 (2) |

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1) Accumulated beginning cash balance is the cash available at the commencement of the case. Current month beginning cash balance should equal the previous month's ending balance.*

*(2) All cash balances should be the same.*

Page 1 of 4
Rev. 4/2008

**DEBTOR:** Systems Integration & Mgt Corp        **CASE NO:** 13-10826

## Form 3-B (2)
### CASH RECEIPTS DETAIL (SEE NOTE A)

For Period: 4/1/2013 to 4/30/2013

*(attach additional sheets as necessary)*

**Debtor In Possession Account:** *1973

| Date | Payer | Description | Amount |
|---|---|---|---|
| 4/24/2013 | SunTrust Bank | Open DIP Acct | 1,050.00 |
| 4/24/2013 | Cash | Open DIP Acct | 450.00 |
| | | Total Cash Receipts | 1,500.00 |

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*

| DEBTOR: | Systems Integration & Mgt Corp | CASE NO: | 13-10826 |

## Form 3-B (3)
### CASH DISBURSEMENTS DETAIL (SEE NOTE A)

For Period: 4/1/2013 to 4/30/2013

*(attach additional sheets as necessary)*

**Debtor In Possession Account:** *1973

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
|      |           |       |                      |        |

Total Cash Disbursements    $    0.00  (1)

(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.

(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1

Page 3 of 4
Rev. 4/2008

| DEBTOR: | Systems Integration & Mgt Corp | CASE NO: | 13-10826 |

Form 3-C
# NARRATIVE
For Period Ended    4/30/2013

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.