UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

_____
                                   )

**IN RE:**                           )

**SYSTEMS INTEGRATION AND**    )         Case No. 13-10826-RGM
**MANAGEMENT CORPORATION**    )

      *Debtor-in-Possession*         )         Chapter 11
_____)

**ORDER AUTHORIZING APPOINTMENT OF ATTORNEY**

**THIS MATTER** came on to be heard on the application of SYSTEMS INTEGRATION AND MANAGEMENT CORPORATION, as debtor-in-possession, for authority to employ and appoint Bennett A. Brown to represent it herein, and upon the annexed Declaration of the said Bennett A. Brown, and it appearing that no notice of a hearing on said application should be given, and no adverse interest having been represented and it further appearing that Bennett A. Brown is an attorney duly admitted to practice before this Court, and is an experienced bankruptcy practitioner, and the Court being satisfied that he represents no interest adverse to the estate in the matters upon which he is to be engaged, that his employment is necessary and would be to the best interest of the estate, and that this case is one justifying a general retainer, it is

     **ORDERED:**

     1. The debtor is authorized to employ and appoint Bennett A. Brown to represent it in all matters arising in this proceeding under Chapter 11 of the Bankruptcy Code, and it may be authorized to pay said attorney a reasonable fee for his services and reimburse him for any expenses incurred on debtor's behalf, upon application and order of this Court.

     2. The debtor is authorized to pay to Bennett A. Brown the sum of $5,000.00 as a retainer in this proceeding upon the entry of this order, and an additional $5,000.00 within 30 days after the entry of this order, with such funds to be held in his attorney trust account pending further order of this Court.

     **SIGNED:** _____, effective as of July 8, 2013.

Jul 30 2013

/s/ Robert G. Mayer
  ROBERT G. MAYER
  U. S. BANKRUPTCY JUDGE

Entered on Docket: July 30, 2013

/s/ Bennett A. Brown
Bennett A. Brown. VSB#12583
*Counsel for debtor*

SEEN AND NO OBJECTION:

/s/ Jack I. Frankel
Office of the U. S. Trustee

### Local Rule 9022-1(C) Certification

  The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

         /s/ Bennett A. Brown
         Bennett A. Brown
         Counsel for debtor

**COPIES TO:**

Bennett A. Brown
The Law Office of Bennett A. Brown
3905N Railroad Avenue, Suite 200
Fairfax VA 22030

Jack I. Frankel
U.S. Trustee for the Fourth Region
115 S. Union Street, Plaza Level
Alexandria VA  22314

Mary D. Slaey
Systems Integration and Management Corporation
PO Box 1399

Vienna, VA 22183

[3]