| DEBTOR: | Systems Integration & Mgt. Corp | CASE NUMBER: | 13-10826 |
|---|---|---|---|

# OFFICE OF THE UNITED STATES TRUSTEE - ALEXANDRIA DIVISION
## MONTHLY OPERATING REPORT
## CHAPTER 11
## INDIVIDUAL DEBTORS

### Form 3-A
### COVER SHEET AND QUESTIONNAIRE

**For Period Ended:** 7/31/2013

---

### *THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH*

Mark One Box for Each
Required Document:

Debtor must attach each of the following reports/documents unless the U. S. Trustee
has waived the requirement in writing.  File the original with the Clerk of Court.
**Submit a duplicate, with original signature, to the U. S. Trustee.**

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| x | ☐ | 1. Cash Flow and Reconciliation Statement (Form 3-B) |
| x | ☐ | 2. Narrative (Form 3-C) |
| x | ☐ | 3. Bank Statements for All Bank Accounts **TO BE SUBMITTED TO U.S. TRUSTEE ONLY - DO NOT FILE WITH THE COURT** |

### QUESTIONNAIRE

Please answer the questions below:

| | Yes | No |
|---|---|---|
| 1. Are all insurance premiums and policies current and in effect? | x | |
| 2. Did you open any new bank accounts this month? | | x |
| 3. Did you deposit all receipts into your DIP account this month? | x | |
| 4. Have you filed all of your tax returns and paid all of your taxes this month? | x | |
| 5. Are you current on U.S. Trustee quarterly fees payments? | x | |
| 6. Did you pay any professionals and/or your attorney(s) this month? | | x |
| 7. Did you sell any assets this month? | | x |
| 8. Have you paid any pre-petition debt this month? | | x |
| 9. Did you pay all of your bills on time? | x | |
| 10. Have you borrowed any money from anyone this month? | | x |
| 11. Did you have any unusual or significant unanticipated expenses this month? | | x |

---

*I declare under penalty of perjury that the following Monthly Operating Report, and any statements and attachments thereto are true, accurate and correct to the best of my belief.*

**Executed on:** 8/12/13        **Print Name:** Mary Slaey

**Signature:** *[signature]*

Rev. 4/2008

| DEBTOR: | Systems Integration & Mgt. Corp | CASE NO: | 13-10826 |
|---|---|---|---|

## Form 3-B (1)
### CASH FLOW AND RECONCILIATION STATEMENTS (SEE NOTE A)

**For Period Ended :** 7/31/2013

| CASH FLOW SUMMARY | | Current Month | From Filing Date (Accumulated) |
|---|---|---|---|
| **1. Beginning Cash Balance** | $ | 965.00 (1) | $ 3,440.00 (1) |
| **2. Cash Receipts** | | | |
| Wages or Business Income | | 0.00 | 0.00 |
| Sale of Assets | | | |
| Loans/Advances | | 0.00 | 0.00 |
| Other | | 0.00 | 0.00 |
| **Total Cash Receipts** | $ | 0.00 | $ 0.00 |
| **3. Cash Disbursements** | | | |
| General Household Expenses | | 0.00 | 0.00 |
| Mortgage Payments | | 0.00 | 0.00 |
| Utilities andTelephone Expenses | | 0.00 | 0.00 |
| Insurance Payments | | 0.00 | 0.00 |
| Auto Loan Payments | | 0.00 | 0.00 |
| Legal/Professional Fees | | 0.00 | 0.00 |
| U.S. Trustee Fees | | 0.00 | 325.00 |
| Other | | 0.00 | 699.00 |
| **Total Cash Disbursements** | $ | 0.00 | $ 1,024.00 |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | | 0.00 | -1,024.00 |
| **5. Ending Cash Balance** | $ | 965.00 (2) | $ -105.00 (2) |

### CASH RECONCILIATION

| | | | |
|---|---|---|---|
| Debtor in Possession Account: | *1973 | | |
| Ending Balance per Bank Statement | | | $ -105.00 |
| Outstanding Checks (List number and Amount, use separate sheet if necessary) | | | |
| | | $ | |
| | | $ | |
| | | $ | |
| | | $ | |
| | | $ | |
| Total (Subtract) | | $ 0.00 | $ 0.00 |
| Service Charges and Other Deductions on Bank Statement (Subtract) | | | $ 46.00 |
| Deposits in Transit | | $ | |
| | | $ | |
| Total (Add) | | $ | $ 0.00 | $ 0.00 |
| TOTAL (must agree with Ending Cash Balance above) | | | $ -105.00 (2) |

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1) Accumulated beginning cash balance is the cash available at the commencement of the case.*
*Current month beginning cash balance should equal the previous month's ending balance.*

*(2) All cash balances should be the same.*

**DEBTOR:** Systems Integration & Mgt. Corp          **CASE NO:** 13-10826

## Form 3-B (2)
### CASH RECEIPTS DETAIL (SEE NOTE A)
**For Period:** 6/1/2013 to 6/30/2013

*(attach additional sheets as necessary)*

### Debtor In Possession Account: *1973

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |

**Total Cash Receipts**     0.00

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*

**DEBTOR:** | Systems Integration & Mgt. Corp | **CASE NO:** | 13-10826

## Form 3-B (3)
### CASH DISBURSEMENTS DETAIL (SEE NOTE A)
For Period:   6/1/2013 to   6/30/2013

*(attach additional sheets as necessary)*

**Debtor In Possession Account:**   *1973

| Date | Check No. | Payee | Description (Purpose) | | Amount |
|------|-----------|-------|----------------------|---|--------|
| 7/22/2013 | N/A | Bank | Bank Service Fee | $ | 10.00 |
| 7/26/2013 | N/A | D&B | Serv Chrg (Annl) | $ | 699.00 |
| 7/30/2013 | N/A | Bank | Bank Service Fee | | 36.00 |

Total Cash Disbursements   $   745.00   (1)

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

**DEBTOR:** Systems Integration & Mgt. Corp        **CASE NO:** 13-10826

Form 3-C
## NARRATIVE
**For Period Ended**        6/30/2013

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

Page 1 of 1
Rev. 4/2008





```
467-12-01-00 60146  0 C 001 30   50 003
SYSTEMS INTEGRATION AND MANANGEMENT INC
DEBTOR IN POSSESSION
2720 BELLFOREST CT APT 108
VIENNA VA  22180-7350
```

# Your account statement
For 07/31/2013

## Contact us

 BBT.com

 (800) BANK-BBT or
(800) 226-5228

■ BUSINESS VALUE 150██████████

**Account summary**

| | |
|---|---|
| Your previous balance as of 06/28/2013 | $965.00 |
| Checks | - 325.00 |
| Other withdrawals, debits and service charges | - 745.00 |
| Deposits, credits and interest | + 0.00 |
| Your new balance as of 07/31/2013 | = $-105.00 |

**Checks**

| DATE | CHECK # | AMOUNT($) |
|---|---|---|
| 07/30 | 93 | 325.00 |
| Total checks | | = $ 325.00 |

**Other withdrawals, debits and service charges**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 07/22 | SERVICE CHARGE | 10.00 |
| 07/26 | BB&T CHECK CARD PURCHASE DUN & BRADSTREET C 07-25 800-8922980   CA 1864 | 699.00 |
| 07/30 | OVERDRAFT ITEM FEE ($36/ITEM)  36 | 36.00 |
| Total other withdrawals, debits and service charges | | = $745.00 |

**BB&T Cash Rewards**

| ACCOUNT NUMBER ENDING | STATUS | AS OF | EARNED BALANCE($) |
|---|---|---|---|
| *********1973 | Active | 00/00 | |
| Logon to BB&T OnLine to find the latest cash back offers from participating retailers. | | | |

## Exciting changes coming to your business checking account!

Because you are a valued client of BB&T, we are pleased to announce new and exciting changes that are coming to your business checking account. Effective August 1, 2013, your BB&T Business Value 150 Checking account will change to Business Value 200 Checking.

What does this change mean to you?

The BB&T Business Value 200 Checking account offers additional ways to avoid the $10 monthly maintenance fee, provides an additional 50 free combined items, and includes an extra checking benefit.  Please review the specific features and benefits associated

0030131