| DEBTOR: | Systems Integration & Mgt. Corp | CASE NUMBER: | 13-10826 |
|---------|--------------------------------|--------------|----------|

## OFFICE OF THE UNITED STATES TRUSTEE - ALEXANDRIA DIVISION
### MONTHLY OPERATING REPORT
### CHAPTER 11
### INDIVIDUAL DEBTORS

Form 3-A
### COVER SHEET AND QUESTIONNAIRE

**For Period Ended:**   5/31/2013

---

### THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH

Mark One Box for Each
Required Document:

Debtor must attach each of the following reports/documents unless the U. S. Trustee
has waived the requirement in writing.  File the original with the Clerk of Court.
**Submit a duplicate, with original signature, to the U. S. Trustee.**

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|:---:|:---:|:---|
| x | | 1. Cash Flow and Reconciliation Statement (Form 3-B) |
| x | | 2. Narrative (Form 3-C) |
| x | | 3. Bank Statements for All Bank Accounts **TO BE SUBMITTED TO U.S. TRUSTEE ONLY - DO NOT FILE WITH THE COURT** |

### QUESTIONNAIRE

Please answer the questions below:

| | Yes | No |
|:---|:---:|:---:|
| 1. Are all insurance premiums and policies current and in effect? | x | |
| 2. Did you open any new bank accounts this month? | | x |
| 3. Did you deposit all receipts into your DIP account this month? | x | |
| 4. Have you filed all of your tax returns and paid all of your taxes this month? | x | |
| 5. Are you current on U.S. Trustee quarterly fees payments? | x | |
| 6. Did you pay any professionals and/or your attorney(s) this month? | | x |
| 7. Did you sell any assets this month? | | x |
| 8. Have you paid any pre-petition debt this month? | | x |
| 9. Did you pay all of your bills on time? | x | |
| 10. Have you borrowed any money from anyone this month? | | x |
| 11. Did you have any unusual or significant unanticipated expenses this month? | | x |

---

*I declare under penalty of perjury that the following Monthly Operating Report, and any statements and attachments thereto are true, accurate and correct to the best of my belief.*

**Executed on:**   6/14/13    **Print Name:**   Mary Slaey

**Signature:**

Rev. 4/2008

**DEBTOR:** Systems Integration & Mgt. Corp        **CASE NO:** 13-10826

## Form 3-B (1)
## CASH FLOW AND RECONCILIATION STATEMENTS (SEE NOTE A)

For Period Ended : 5/31/2013

| CASH FLOW SUMMARY | | Current Month | From Filing Date (Accumulated) |
|---|---|---|---|
| **1. Beginning Cash Balance** | $ | 1,500.00 (1) | $ 1,500.00 (1) |
| **2. Cash Receipts** | | | |
| Wages or Business Income | | 0.00 | 0.00 |
| Sale of Assets | | | |
| Loans/Advances | | 0.00 | 0.00 |
| Other | | 0.00 | 1,500.00 |
| **Total Cash Receipts** | $ | 0.00 | $ 0.00 |
| **3. Cash Disbursements** | | | |
| General Household Expenses | | 0.00 | 0.00 |
| Mortgage Payments | | 0.00 | 0.00 |
| Utilities andTelephone Expenses | | 0.00 | 0.00 |
| Insurance Payments | | 0.00 | 0.00 |
| Auto Loan Payments | | 0.00 | 0.00 |
| Legal/Professional Fees | | 0.00 | |
| U.S. Trustee Fees | | 325.00 | 325.00 |
| Other | | 200.00 | 200.00 |
| **Total Cash Disbursements** | $ | 525.00 | $ 525.00 |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | | -525.00 | -525.00 |
| **5. Ending Cash Balance** | $ | 975.00 (2) | $ 975.00 (2) |

## CASH RECONCILIATION

| | | | |
|---|---|---|---|
| Debtor in Possession Account: | *1973 | | |
| Ending Balance per Bank Statement | | | $ 975.00 |
| Outstanding Checks (List number and Amount, use separate sheet if necessary) | | | |
| | | $ | |
| | | $ | |
| | | $ | |
| | | $ | |
| | | $ | |
| Total (Subtract) | | $ 0.00 | $ 0.00 |
| Service Charges and Other Deductions on Bank Statement (Subtract) | | | $ 0.00 |
| Deposits in Transit | | $ | |
| | | $ | |
| Total (Add) | | $ $ 0.00 | $ 0.00 |
| TOTAL (must agree with Ending Cash Balance above) | | | $ 975.00 (2) |

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1) Accumulated beginning cash balance is the cash available at the commencement of the case. Current month beginning cash balance should equal the previous month's ending balance.*

*(2) All cash balances should be the same.*

Page 1 of 4
Rev. 4/2008

**DEBTOR:**        Systems Integration & Mgt. Corp        **CASE NO:**        13-10826

## Form 3-B (2)
### CASH RECEIPTS DETAIL (SEE NOTE A)

**For Period:**    5/1/2013    to    5/31/2013

*(attach additional sheets as necessary)*

**Debtor In Possession Account:**        *1973

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |

**Total Cash Receipts**        0.00

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*

**DEBTOR:** | Systems Integration & Mgt. Corp | | **CASE NO:** | 13-10826

### Form 3-B (3)
### CASH DISBURSEMENTS DETAIL (SEE NOTE A)
For Period:   5/1/2013 to 5/31/2013

*(attach additional sheets as necessary)*

**Debtor In Possession Account:**   *1973

| Date | Check No. | Payee | Description (Purpose) | | Amount |
|------|-----------|-------|----------------------|---|--------|
| 5/1/2013 | 92 | US Trustee | US Trustee Fee | $ | 325.00 |
| 5/30/2013 | 91 | CSC | CSC AnnlRpt | $ | 200.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

|  | **Total Cash Disbursements** | $ | 525.00 | (1) |

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

Rev. 4/2008

**DEBTOR:**    Systems Integration & Mgt. Corp              **CASE NO:**    13-10826

Form 3-C
**NARRATIVE**
**For Period Ended**        5/31/2013

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

Page 1 of 1
Rev. 4/2008

 

Page 1 of 4     05/31/13
VA



467-12-01-00 60146  0 C 001 30   50 003
SYSTEMS INTEGRATION AND MANANGEMENT INC
DEBTOR IN POSSESSION
2720 BELLFOREST CT APT 108
VIENNA VA  22180-7350

# Your account statement

For 05/31/2013

## Contact us

 BBT.com

 (800) BANK-BBT or
(800) 226-5228

**Enjoy fast access to your business funding - and peace of mind!**

If you are accepting credit and debit cards today, but are not processing through BB&T Merchant Services, you may be missing out on having access to your funds sooner and more safely.

By choosing BB&T Merchant Services, you ll enjoy:

· Affordable customized solutions - we ll match or beat your current processing costs, or give you a great low rate if you are not already accepting cards*

· Enhanced data security to reduce fraud liability

· A personal Relationship Manager

· Free 24/7 technical support

· Mobile credit card processing options

Plus, you ll enjoy next-business-day funding of Visa®, MasterCard®, and Discover® transactions to your BB&T Business Checking Account.

To find out more, visit BBT.com/merchantservices or for a free, customized quote, call BB&T Merchant Services at 1-800-226-5228.

*Offer valid for face-to-face, no advance payment, non-franchise clients with Visa/MasterCard/Discover aggregate annual sales between $50,000 and $1 million. Two months of current provider statements required.

Subject to business type and credit approval; BB&T Merchant Services are offered by Branch Banking and Trust Company. Member FDIC.
© 2013, Branch Banking and Trust Company.All rights reserved.

■ BUSINESS VALUE 150

**Account summary**

| | |
|---|---|
| Your previous balance as of 04/30/2013 | $1,500.00 |
| Checks | - 525.00 |
| Other withdrawals, debits and service charges | - 0.00 |
| Deposits, credits and interest | + 0.00 |
| Your new balance as of 05/31/2013 | = $975.00 |

**Checks**

| DATE | CHECK # | AMOUNT($) |
|---|---|---|
| 05/30 | 91 | 200.00 |
| 05/01 | 92 | 325.00 |
| Total checks | | = $ 525.00 |